USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

**HOUSTON DIVISION**

United States Courts
Southern District of Texas
FILED

No. **4:23-cr-00205**

USAO Number: 2023R02784

Magistrate Number: H-23-mj-725

CRIMINAL INDICTMENT

Filed  *May 11, 2023*

Judge: Bennett, Alfred H

Nathan Ochsner, Clerk of Court

**UNITED STATES of AMERICA**
vs.

**ATTORNEYS:**

| | | | Appt'd | Private |
|---|---|---|---|---|
| | **ALAMDAR S. HAMDANI, USA** | (713) 567-9000 | | |
| | MICHAEL E. DAY, AUSA | (713) 567-9000 | | |
| ANDRES REYES-MORALES (Cts. 1, 3, 5) | Anuj Arun Shah | | ✓ | ☐ |
| MOICES MARIN-MORENO (Cts. 1-2) | Mervyn Milton Mosbacker, Jr | | ✓ | ☐ |
| FRANCISCO REYES SOLORZANO-DUARTE (Cts. 3-4, 6) | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |

**CHARGE:**
(TOTAL)
(COUNTS:)
( 6 )

Cts. 1, 3: Conspiracy to Possess with Intent to Distribute Methamphetamine [21 USC §§ 846, 841(a)(1) and 841(b)(1)(A)]

Cts. 2, 4: Possession with Intent to Distribute Methamphetamine [21 USC §§ 841(a)(1) and 841(b)(1)(A)]

Ct. 5: Possession with Intent to Distribute Methamphetamine [21 USC §§ 846, 841(a)(1) and 841(b)(1)(A)]

Ct. 6: Possession of a Firearm by an Illegal Alien [21 USC §§ 841(a)(1) and 841(b)(1)(A)]

**PENALTY:**  Cts. 1-5: 10-life; a fine of up to $10,000,000; and at least 5 years supervised release.
Ct. 6: 0- 10 yrs. BOP; up to $250,000 fine; up to 3 yrs. SRT.

☑ In Jail  FDC; HCJ
☐ On Bond
☐ No Arrest

NAME & ADDRESS
of Surety:

**PROCEEDINGS:**